## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **JASON SCHLOSSER,**  Defendants. | **Case No. CR99-0061RSL**  **INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Michael Dion.

The defendant appears personally and represented by counsel, Steward Riley.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision by 1) Using controlled substances, specifically marijuana and methamphetamine, on or before January 31, 2006; 2) Using a controlled substance, specifically marijuana, on or before February 7, 2006; 3) Possessing stolen property and resisting arrest, on or about February 10, 2006, in Tacoma, Pierce County, Washington; 4) Possessing identification in the name of Robert MacMahon.  The defendant was advised of the allegations and of his right to a hearing and the maximum consequences if found to have been in violation. The defendant freely and voluntarily acknowledged the alleged violations #1, using marijuana and methamphetamine on or before January 31, 2006, and #2, using marijuana on or before February 2, 2006.

**NOW THEREFORE,** the court finds the defendant has violated the conditions supervised release as to violations #1 and #2 and finds probable cause with regard to allegations #3 & #4 and schedules a hearing to be held at the time and date below set forth before Judge Robert S. Lasnik:

> *Date of hearing: Thursday, March 16, 2006*
>
> *Time of hearing: 8:30am*

**IT IS ORDERED** that the defendant:

( )  Be released on an appearance bond, subject to the terms and conditions set forth thereon.

(X)  Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

**March 6, 2006.**

        **s/ Karen L. Strombom**
**Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1